IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BOARD OF TRUSTEES, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, et al., Plaintiffs, | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:09cv444 |
| ENVIRONMENTAL BALANCING COMPANY, Defendant. | ) ) ) ) | |

### JUDGMENT ORDER

Upon consideration of the July 29, 2009 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby ORDERED that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the July 29, 2009 Report and Recommendation.

Accordingly, it is hereby ORDERED that judgment is ENTERED by default in favor of plaintiffs and against defendant in the total amount of $15,132.98, as detailed in the Report and Recommendation.

The Clerk is DIRECTED to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

The Clerk is further DIRECTED to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
August 19, 2009

T. S. Ellis, III
United States District Judge